C-13-16(FTP)
(Rev. 6/04)

UNITED STATED BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA
DURHAM DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | No. B-11-80375  C-13D |
| Darius L. Robinson | ) | |
| Tracy A. Williams-Robinson | ) | |
| | ) | |
| Debtor(s) | ) | |

**ORDER DENYING CONFIRMATION OF PLAN**

On June 16, 2011, a hearing was held on Objection by the Standing Trustee to confirmation of the Debtors' proposed plan.  At the hearing, Neil O 'Toole, Esq. appeared on behalf of the Debtors, and Benjamin E. Lovell, Esq. appeared on behalf of the Standing Trustee. No other party appeared. The Court, after considering the Objection and having heard and considered the statements of counsel and the attorney for the Trustee, finds that the Objection should be sustained; therefore, it is ORDERED:

1.  The Objection by the Trustee to confirmation of the Debtors' proposed plan is sustained and the proposed plan is not confirmed.

2.  The Debtors shall have 30 days from June 16, 2011, within which to amend their proposed plan or file a new proposed plan, and in the event an amended or new proposed plan is not timely filed, this case shall be automatically dismissed upon Motion of the Standing Trustee without further notice and hearing.

## PARTIES IN INTEREST
## Page 1 of 1
## 11-80375C-13D

Darius L. Robinson
Tracy A. Williams-Robinson
705 Basil Dr.
Durham, NC  27713

Neil O'Toole, Esq.
PO Box 1109
Durham, NC  27702

Richard M. Hutson, II
Standing Trustee
PO Box 3613
Durham, NC 27702